# SCHONWALD & ISKRA
**Attorneys at Law**
1259 Route 46 East - Building 2
Parsippany, New Jersey 07054
(973) 257-9570
FAX (973) 257-9573
email: schonwaldandiskra@earthlink.net

*George D. Schonwald*
Member N.J. Bar

*Allan J. Iskra*
Member N.J. and N.Y. Bar

May 3, 2012

Via Regular Mail and Fax: (973) 645-3436

Hon. William H. Walls, USDJ
Room 4046
M.L. King, Jr., Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07202

Attn.: Loretta

      RE:    William I. Schwartz, Jr.
               Docket No. 2:06cr382-05
               VOP Hearing: April 18, 2012

Dear Judge Walls:

    As you know, I represent William I. Schwartz in connection with the above-referenced matter. A Violation of Probation was held before Your Honor on Wednesday, April 18, 2012. At that time, my client plead guilty to two (2) separate probation violations and two (2) other violations were dismissed thereafter by the court. Your Honor sentenced Mr. Schwartz to six (6) months confinement in a federal correctional facility and allowed him to report thereto on June 19, 2012.

    Mr. Schwartz was divorced earlier this year and the divorce judgment allows his ex-wife and their two sons to relocate to the State of Virginia. Based on discussions with Mr. Schwartz's ex-wife, this relocation to Virginia will take place in early July after the two (2) children finish their present school year. As I'm sure the court recalls, various letters were written to Your Honor regarding Mr. Schwartz and mentioned his close relationship with both of his sons ages 13 and 11. In this regard I am requesting that the court give Mr. Schwartz an additional month before he has to report for incarceration i.e. July 19, 2012 so that he may spend additional time with his sons before being incarcerated and their relocation to Virginia. I have spoken with AUSA Vikas Khanna and U.S. Probation Officer Jessica Alberts who have no obligation to this request.

    At the time of sentencing Mr. Vikas indicated to the court that he had no objection to Mr. Schwartz serving his 6 month sentence in a half way house. I would therefore also ask that the court reconsider its decision to incarcerate my client in a federal correctional facility and instead place him

in a half way house for six months. This will at least allow him presumably to paying alimony to his ex-wife ($170.00 per week) and child support ($209.00 per week). My client's ex-wife is currently unemployed and relies primarily if not solely on the alimony and child support paid to her by my client. These payments are being made through wage execution at my client's employment.

I appreciate Your Honor's consideration of these requests.

Yours truly,

**SCHONWALD & ISKRA**

By: *[signature]*

ALLAN J. ISKRA, ESQ

AJI:
cc: William I. Schwartz, Jr.
AUSA Vikas Khanna via Fax Only: (973) 645-2702
Jessica Alberts

*\* Request for voluntary surrender date of July 19, 2012 GRANTED.*

*\* Request for half-way house DENIED.*

*[signature]*

May 8, 2012